IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVANS FRUIT CO., INC.

    Plaintiff,

vs.

WASHINGTON APPLE DISTRIBUTING SERVICES, et al.,

    Defendants.

_____/

No. CIV S-07-1027 RRB KJM

ORDER

    Plaintiff's motion for default judgment is calendared for hearing on September 12, 2007. Plaintiff seeks prejudgment interest and attorneys' fees under contractual provisions.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The hearing date of September 12, 2007 is vacated.

    2. No later than September 4, 2007, plaintiff shall submit a copy of the contract on which it relies for its claim of prejudgment interest and attorneys' fees.

    3. The matter shall thereafter stand submitted.

DATED: August 24, 2007.

_____
U.S. MAGISTRATE JUDGE

006 evans.sub

1