IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVANS FRUIT CO., INC.,

    Plaintiffs,                                No. CIV S-07-1027 RRB KJM

    vs.

WASHINGTON APPLE DISTRIBUTING SERVICES, et al.,

    Defendants.                        FINDINGS AND RECOMMENDATIONS

/

        Plaintiff's motion for default judgment was submitted on the papers. Upon review of the documents in support, no opposition having been filed, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        The complaint in this matter was served upon defendants and proof of service was filed July 11, 2007. Cf. Pacific Atlantic Trading Co. v. M/V Main Express, 758 F.2d 1325, 1331 (9th Cir. 1985) (noting that default judgment void without personal jurisdiction). The Clerk of the Court entered default against defendant on July 13, 2007. Plaintiff's present motion for entry of default judgment was served by mail on defendants at defendants' last known addresses.

        Entry of default effects an admission of all well-pleaded allegations of the complaint by the defaulted party. Geddes v. United Financial Group, 559 F.2d 557, 560 (9th Cir.

1977). Entry of default judgment is proper where, as in the present case, the facts established by the default support the causes of action pled in the complaint. The complaint and the affidavits filed in support of the motion for entry of default judgment also support the finding that plaintiff is entitled to the relief requested in the prayer for default judgment, which does not differ in kind from the relief requested in the complaint. Henry v. Sneiders, 490 F.2d 315, 317 & n.2 (9th Cir. 1974). There are no policy considerations to preclude the entry of default judgment of the type requested. See Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986) (enumerating factors to be considered).

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for entry of default judgment be GRANTED and that judgment be awarded against defendants Washington Apple Distributing Services, David F. King, and Melvin R. King, Jr., jointly and severally, in the principal amount of $12,050.20, along with taxable costs in the sum of $514.00, pre-judgment interest in the sum of $1,462.91, attorneys' fees in the amount of $3,371.00, for a total judgment amount of $17,398.11. A proposed judgment was filed August 9, 2007 (docket no. 14, Attachment 1), and is approved as to form and substance.

These findings and recommendations are submitted to the District Judge assigned to this matter, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

006
evansfruit.def