IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVANS FRUIT CO., INC.,

    Plaintiff,   No. CIV S-07-1027 RRB KJM

    vs.

WASHINGTON APPLE DISTRIBUTING SERVICES, et al.,

    Defendants.   ORDER
_____/

    Plaintiff filed the above-entitled actions. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On October 9, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed October 9, 2007, are adopted in full;

    2. Plaintiff's motion for entry of default judgment is granted;

1

1   3. Judgment is awarded against defendants Washington Apple Distributing Services, David F. King and Melvin R. King, Jr., jointly and severally, in the principal amount of $12,050.20, along with taxable costs in the sum of $514.00, pre-judgment interest in the sum of $1,462.91, attorneys' fees in the amount of $3,371.00, for a total judgment amount of $17,398.11; and

4. The proposed judgment filed August 9, 2007 (docket no. 14, Attachment 1) is approved as to form and substance.

DATED:   03/26/2008

/s/ Ralph R. Beistline
UNITED STATES DISTRICT JUDGE

evansfruit.800